# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alyssa Jones., | No. CV-17-04612-PHX-BSB |
| Plaintiffs, | **ORDER** |
| v. | |
| Riot Hospitality Group, LLC, et al., | |
| Defendants. | |

Plaintiff has filed a motion to seal Exhibit B to Defendants' motion to dismiss on the ground that the exhibit contains Plaintiff's personal information. (Doc. 12.) Upon review of Exhibit B, the Court concludes that it should be sealed pursuant to Rule 5.2(a) of the Federal Rules of Civil Procedure. Because the exhibits to docket 10 were filed as a single attachment, the Court directs the Clerk of Court to place the exhibits to Docket 10 under seal. (Doc. 10, Exs. A, B, C.) Within seven days of the date of this order, Defendants must refile those exhibits and Exhibit B must comply with Rule 5.2(a). (*See* Doc. 12-1 at 1-2.)

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to seal (Doc. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall place Exhibits A, B, and C to docket 10 under seal.

/ / /

/ / /

**IT IS FURTHER ORDERED** that within **seven days** of the date of this order, Defendants must refile those exhibits and Exhibit B must comply with Rule 5.2(a).

Dated this 18th day of January, 2018.

_____
Bridget S. Bade
United States Magistrate Judge