1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9  Alyssa Jones.,

No. CV-17-04612-PHX-BSB

10         Plaintiffs,

**ORDER**

11  v.

12  Riot Hospitality Group, LLC, et al.,

13         Defendants.

14

15      On January 18, 2018, the Court issued an order granting a motion to seal.

16  (Doc. 13.)  Upon review of the order,

17      **IT IS ORDERED** that the January 18, 2018 Order (Doc. 13) is amended as

18  follows:

19      1.      Line 1 on page 1 is amended to replace Plaintiff with Defendant.

20      2.      Line 24 on page 1 is amended to replace Plaintiff's with Defendant's.

21      Dated this 18th day of January, 2018.

22
23
24

Bridget S. Bade
United States Magistrate Judge

25
26
27
28