# EXHIBIT 1



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690<br>
Phoenix, AZ 85012-2504<br>
Intake Information Group: (800) 669-4000<br>
Intake Information Group TTY: (800) 669-6820<br>
Phoenix Status Line: (602) 640-5000<br>
TTY (602) 640-5072<br>
FAX (602) 640-5071

Alyssa Jones
2777 S. Arizona Ave.
Apt 3149
Chandler, AZ 85248

Subject:   Dismissal of Charge
           Charge Number: 540-2017-03187C

Dear Ms: Jones:

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination. After reviewing the information in the file including the information you submitted, the EEOC does not believe that additional investigation would result in our finding a violation.

The EEOC has terminated its investigation into your allegations. While we fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretation of the available evidence and the laws we enforce. This letter, and the enclosed documents, will dismiss your case and no further action will be taken by the EEOC.

Enclosed is your Dismissal and Notice of Right to Sue. The Dismissal and Notice will explain your right to pursue the matter in court. If you want to pursue your charge, you may do so on your own by filing in Federal District Court within *90-days from the date that delivery of the Notice was attempted at your last known address of record or 90 days of receipt of the Notice, whichever is earlier. If you do not file a lawsuit within the required 90-day period, your right to file a lawsuit in this matter will expire and cannot be restored by EEOC.*

If you have any questions, please feel free to contact me at (602) 640-5036.

Sincerely,

SEP 1 5 2017
Date

Patricia A. Miner
Supervisory Investigator