# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alyssa Jones, | No. CV-17-04612-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Riot Hospitality Group LLC, et al., | |
| Defendants. | |

Pending before the Court is the parties' Joint Stipulation and Request for Court Approval (Doc. 125) to Amend the December 14, 2018 Case Management Order. Accordingly,

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 125) and extending the deadlines set forth in the December 14, 2018 Case Management Order (Doc. 62) and modified as follows:

1. Defendants shall provide full and complete expert disclosures no later than **September 13, 2019**;
2. Rebuttal expert disclosures, if any, shall be made no later than **October 11, 2019**;
3. Expert depositions shall be completed no later than **December 6, 2019**;
4. Fact discovery and final supplementation of MIDP responses shall be completed no later than **December 6, 2019**;
5. Dispositive motions shall be filed no later than **February 14, 2020**;
6. The parties shall file their respective two-page letters regarding anticipated

summary judgement motions with the Court on or before **January 14, 2020** and shall call the Court the same day to schedule a time for a pre-motion conference.

All other deadlines set forth in the Case Management Order (Doc. 62) shall remain in full force and effect.

Dated this 24th day of June, 2019.

_____
G. Murray Snow
Chief United States District Judge