Sean M. Carroll, #027171
Darrell E. Davis, #011442
David I. Weissman, #027042
Christopher T. Curran, #032583
**CLARK HILL PLC**
14850 N Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Email:  scarroll@clarkhill.com
        ddavis@clarkhill.com
        dweissman@clarkhill.com
        ccurran@clarkhill.com

*Attorneys for Defendants Riot Hospitality Group, LLC nka Noatoz, LLC, RHG Ventures, LLC; 4425 Saddlebag, LLC; 4425 Saddlebag 2, LLC; Ryan Hibbert; Milo Companies, LLC; and Rooke, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Alyssa Jones,<br><br>    Plaintiff,<br><br>v.<br><br>Riot Hospitality Group, LLC n/k/a Noatoz LLC, RHG Ventures, LLC, 4425 Saddlebag, LLC, 4425 Saddlebag 2 LLC; JW Bar, LLC; Milo Companies, LLC; Rooke, LLC; MRM Hospitality, LLC; Ryan Hibbert; individually and in his official capacity<br><br>    Defendants. | Case No.: 2:17-CV-04612-PHX-GMS<br><br>**AMENDED NOTICE OF DEPOSITION** |

Pursuant to Fed.R.Civ.P. 26 and 30, Defendant 4425 Saddlebag, LLC hereby sets the deposition of the person whose name, or general description sufficient to identify the person, will be taken by the undersigned at the address stated below and at the date and time stated below, before an officer authorized by law to administer oaths.

1

| | | |
|---|---|---|
| 1 | | |
| 2 | PERSON TO BE EXAMINED: | **Chelsea Myers** |
| 3 | DATE AND TIME OF DEPOSITION: | **Thursday, December 19, 2019, at 1:00 p.m.** |
| 4 | PLACE OF DEPOSITION: | **CLARK HILL PLC** |
| 5 | | **14850 North Scottsdale Road** |
| 6 | | **Suite 500** |
| | | **Scottsdale, Arizona 85254** |
| 7 | METHOD OF RECORDING: | <u>**Stenography**</u> |
| 8 | | **Brush & Terrell Court Reporting** |
| | | **(623) 561-8046** |
| 9 | | |
| 10 | | **and** |
| 11 | | <u>**Videography**</u> |
| 12 | | **K-Video Productions** |
| | | **(602) 992-4443** |
| 13 | | |
| 14 | **DATED** this 21st day of November, 2019. | |
| 15 | | |
| 16 | | **CLARK HILL PLC** |
| 17 | | |
| 18 | | By:  *s/ David I Weissman* |
| 19 | | Sean M. Carroll |
| | | Darrell E. Davis |
| 20 | | David I. Weissman |
| 21 | | Christopher T. Curran |
| | | *Attorneys for Defendants Riot Hospitality* |
| 22 | | *Group, LLC nka Noatoz, LLC; RHG* |
| 23 | | *Ventures, LLC; 4425 Saddlebag, LLC;* |
| | | *4425 Saddlebag 2, LLC; Ryan Hibbert;* |
| 24 | | *Milo Companies, LLC; and Rooke, LLC* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21st, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to the individuals registered with CM/ECF.

By: *s/ Deb Lukas*

222741654.1 44374/325664

3

ClarkHill\44374\325664\222741654.v1-11/21/19