Philip J. Nathanson (Arizona State Bar #013624)
**THE NATHANSON LAW FIRM**
8326 E. Hartford Dr., Suite 101
Scottsdale, AZ 85255
Phone Number: (480) 419-2578
philipj@nathansonlawfirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| ALYSSA JONES,<br><br>            Plaintiff,<br>vs.<br><br>RIOT HOSPITALITY GROUP, LLC n/k/a<br>NOATOZ LLC *et al.*<br><br>            Defendants | Case No.: 2:17 – CV – 04612 – PHX – GMS<br><br>**STIPULATION TO DISMISS DEFENDANTS JW BAR, LLC AND MRM HOSPITALITY, LLC**<br><br>**Judge G. Murray Snow, Presiding.** |

Plaintiff ALYSSA JONES, and Defendants, JW BAR, LLC and MRM HOSPITALITY, LLC., jointly move and stipulate to dismiss said Defendants only with prejudice, each stipulating party to bear their own attorney fees and costs.  The case will remain pending against the other named defendants.

**DATED** this 5th day of November, 2020.

**ALYSSA JONES**

By: /s/ *Philip Nathanson*
     *Plaintiff's Attorney*

**JW BAR, LLC AND MRM HOSPITALITY, LLC**

/s/ *Tracy A. Miller*
*Attorney for Stipulating Defendants*
Tracy A. Miller, SBN 015920
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of November, 2020, I electronically transmitted the

attached document to the Clerk's office using CM/ECF System for filing, and transmitted

a Notice of Service of Electronic Filing to the following CM/ECF registrants:


Christopher Thomas Curran, Esq. (ccurran@clarkhill.com)
Darrel Eugene Davis, Esq. (ddavis@clarkhill.com)
David I Weissman, Esq. (dweissman@clarkhill.com)
Sean Michael Carroll, Esq. (scarroll@clarkhill.com)
Tracy Miller, Esq. (tracy.miller@ogletree.com)



By: /s/ *Philip Nathanson*

THE NATHANSON LAW FIRM
8326 E Hartford Dr. Suite 101
Scottsdale, AZ 85255
480 - 419-2578

2