# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alyssa Jones, | No. CV-17-04612-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Riot Hospitality Group LLC, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation to Dismiss Defendants JW Bar, LLC and MRM Hospitality, LLC (Doc. 382) and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation to Dismiss (Doc. 382). Plaintiff's claims against Defendants JW Bar, LLC and MRM Hospitality, LLC are dismissed with prejudice; each party to bear their own attorney fees and costs.

Dated this 6th day of November, 2020.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge